ε

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT, ILLINOIS**

| | | |
|---|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | ) | |
| Plaintiff, | ) | Case No. 1:16-cv-07474 |
| v. | ) | Judge Matthew F. Kennelly |
| WELLNESS MEDICAL PROTECTION GROUP, PLLC, a Michigan professional limited liability company, R.X.N.B., INC., a Nevada corporation, RXNBI LLC, a Nevada limited liability company, and JOHN DOES 1-5, | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, PHYSICIANS HEALTHSOURCE, INC., and Defendant, WELLNESS MEDICAL PROTECTION GROUP, PLLC, through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice as to Defendants, WELLNESS MEDICAL PROTECTION GROUP, PLLC., R.X.N.B., INC. and RXNBI LLC, and without prejudice as to the members of the putative class.

ANDERSON + WANCA
By: ______________________
Brian J. Wanca
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Email: bwanca@andersonwanca.com

*Attorneys for Plaintiff*

LITCHFIELD CAVO LLP
By: ______________________
Jason E. Hunter
303 W. Madison Street, Suite 300
Chicago, IL 60606
Telephone: 312-781-6587
Email: hunter@litchfieldcavo.com

*Attorneys for Defendant, Wellness Medical Protection Group*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Brian J. Wanca