# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT, ILLINOIS

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 1:16-cv-07474 |
| v. | )<br>) Judge Matthew F. Kennelly |
| WELLNESS MEDICAL PROTECTION GROUP, PLLC, a Michigan professional limited liability company, R.X.N.B., INC., a Nevada corporation, RXNBI LLC, a Nevada limited liability company, and JOHN DOES 1-5, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, PHYSICIANS HEALTHSOURCE, INC., through its undersigned attorneys, hereby dismisses Defendants, JOHN DOES 1-5, without prejudice.

Respectfully submitted,

PHYSICIANS HEALTHSOURCE, INC., individually
And on behalf of a class of similarly-situated persons,

By: s/ Brian J. Wanca
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone:     847-368-1500
Email:   bwanca@andersonwanca.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                        s/ Brian J. Wanca