# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Physicians Healthsource, Inc.
                          Plaintiff,

v.                                                  Case No.: 1:16–cv–07474
                                                        Honorable Matthew F. Kennelly

R.X.N.B., Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the joint stipulation of dismissal [38], defendants Wellness Medical Protection Group, PLLC., R.X.N.B., Inc., and RXNBI LLC are dismissed with prejudice and pursuant to the notice of voluntary dismissal [40], defendants John Does 1–5 are dismissed without prejudice. The 11/29/2016 status hearing is vacated. Plaintiff's first amended motion for class certification [30] is terminated. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.